EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Héctor L. Ortiz Hernández | 2003 TSPR 166 <br><br> 160 DPR ____ |

Número del Caso: TS-9128


Fecha: 14 de noviembre de 2003


 Oficina de Inspección de Notarías:
                         Lcda. Carmen H. Carlos
                         Directora

 Abogado de la Parte Querellada:
                         Lcdo. Heriberto Sánchez Vélez


Materia: Solicitud de Reinstalación


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Héctor L. Ortiz Hernández                TS-9128


RESOLUCION


San Juan, Puerto Rico, a 14 de noviembre de 2003.


Examinada la moción informativa presentada por la Oficina de Inspección de Notarías el 14 de octubre de 2003, se readmite al Sr. Héctor L. Ortiz Hernández al ejercicio de la profesión.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo